DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Brown<br><br>172 N.C. App. 171 | No. 413P05 | AG's Motion for Temporary Stay<br>(COA04-737) | Allowed pending determination of State's PDR<br>08/9/05 |
| State v. Bullock<br><br>171 N.C. App. 763 | No. 445P02-3 | AG's Motion for Temporary Stay<br>(COA04-665) | Allowed<br>08/3/05 |
| State v. Caple<br><br>172 N.C. App. 172 | No. 437P05 | AG's Motion for Temporary Stay<br>(COA04-860) | Allowed<br>08/17/05 |
| State v. Caudle<br><br>172 N.C. App. 261 | No. 433P05 | AG's Motion for Temporary Stay<br>(COA03-1576) | Allowed<br>08/16/05 |
| State v. Cheek<br><br>170 N.C. App. 437 | No. 299P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-998) | Denied<br>08/18/05 |
| State v. Cobb<br><br>172 N.C. App. 172 | No. 447P05 | AG's Motion for Temporary Stay<br>(COA04-508) | Allowed<br>08/18/05 |
| State v. Coffin<br><br>171 N.C. App. 515 | No. 405P05 | AG's Motion for Temporary Stay<br>(COA04-425) | Allowed<br>08/4/05 |
| State v. Duff<br><br>171 N.C. App. 662 | No. 407P05 | 1. AG's Motion for Temporary Stay<br>(COA04-1241)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>**(08/09/05)**<br><br>2. Denied<br>08/18/05<br><br>3. Denied<br>08/18/05 |
| State v. Edwards<br><br>170 N.C. App. 381 | No. 332P05 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-668) | Denied<br>08/18/05 |
| State v. Goforth<br><br>170 N.C. App. 584 | No. 389P05 | Def's PWC to Review the Decision of the COA (COA04-608) | Denied<br>08/18/05 |
| State v. Holman<br><br>Case Below:<br>Wake County<br>Superior Court | No. 200A99-2 | Def's PWC to Review the Order of the Superior Court (Wake County Superior Court) | Denied<br>08/18/05 |